ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel:  (212) 637-2713
Fax:  (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
SALEH ABDULLA ALBANAA,          :
                                :
              Plaintiff,        :
                                :
        - v. -                  :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 8844 (RPP)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 22, 2008 to and including March 24, 2008.  The reason for the request is

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
January 3, 2008

*[signature]*
SALEH ABDULLA ALBANAA
Plaintiff pro se
1304 Gun Hill Road
Bronx, New York  10469
Telephone No.: (646) 548-4393

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: January 10, 2008

*[signature]*
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08