ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
SALEH ABDULLA ALBANAA,           :
                                 :
                    Plaintiff,   :
                                 :
          - v. -                 :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   07 Civ. 8844 (RPP)
Social Security,                 :
                                 :
                    Defendant.   :
- - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March /8, 2008

                                    [signature in Arabic script]
                                    SALEH ABDULLA ALBANAA
                                    Plaintiff Pro Se
                                    1304 E. Gun Hill Road
                                    Bronx, New York 10469
                                    Telephone No. (646)548-4393

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

By: _____
      SUSAN D. BAIRD
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York  10007
      Telephone No. (212) 637-2713
      Susan.Baird@usdoj.gov

March 24, 2008
SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE