# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SALEH ABDULLA ALBANAA,

                       Plaintiff,

         -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                      Defendant.

-----------------------------------------------------------X

07 **CIVIL** 8844 (RPP)

## JUDGMENT

**SCANNED**

U. S. DISTRICT COURT
FILED
MAR 2 6 2008
S. D. OF N.Y.

      Whereas the parties having stipulated that this action be remanded to the Commissioner of

Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings,

and the matter having come before the Honorable Robert P. Patterson, United States District Judge,

and the Court, on March 24, 2008, having rendered its Order directing the Clerk of the Court to enter

judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated March 24, 2008, this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
       March 26, 2008

                    **J. MICHAEL McMAHON**

                      **Clerk of Court**

**BY:**

                      **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**