UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

U.S.C.A. # _____

Albanaa

U.S.D.C. # _07 CV 8844_

-v-

JUDGE: _RPP_

Commissioner of Social Security

DATE: _April 18, 2008_

APR 18 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                           **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _18th_ Day of _April_, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------  U.S.C.A. # _____

_Albanaa_

-v-  U.S.D.C. # 07-cv-8844

_Comm. of Social Security_  JUDGE: RPP

DATE: April 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                              Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08844-RPP
### Internal Use Only

Albanaa v. Commissioner of Social Security  
Assigned to: Judge Robert P. Patterson  
Cause: 42:405 Review of HHS Decision (DIWW)

Date Filed: 10/15/2007  
Date Terminated: 03/27/2008  
Jury Demand: None  
Nature of Suit: 863 Social Security: DIWC/DIWW  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 10/11/07) (dle) (Entered: 10/25/2007) |
| 10/15/2007 | 2 | COMPLAINT against Commissioner of Social Security. Document filed by Saleh Abdulla Albanaa.(dle) (Entered: 10/25/2007) |
| 10/15/2007 |  | Magistrate Judge Douglas F. Eaton is so designated. (dle) (Entered: 10/25/2007) |
| 12/04/2007 | 3 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Commissioner of Social Security served on 11/21/2007, answer due 1/20/2008. Service was accepted by Ms. Charles. Document filed by Saleh Abdulla Albanaa. (tro) (Entered: 12/06/2007) |
| 01/11/2008 | 4 | STIPULATION AND ORDER, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 22, 2008 to and including March 24, 2008. The reason for the request is because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case. Commissioner of Social Security answer due 3/24/2008. (Signed by Judge Robert P. Patterson on 1/10/2008) (jmi) (Entered: 01/14/2008) |
| 03/24/2008 | 5 | STIPULATION AND ORDER OF REMAND: This action is remanded to the Commissioner of Social Security, pursuant to 42 USC 405(g), for further administrative proceedings. The Clerk is directed to enter Judgment. (Signed by Judge Robert P. Patterson on 3/24/08) (db) (Entered: 03/24/2008) |
| 03/24/2008 |  | Transmission to Judgments and Orders Clerk. Transmitted re: 5 Stipulation and Order to the Judgments and Orders Clerk. (db) (Entered: 03/24/2008) |
| 03/26/2008 | 6 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 24, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. (Signed by J. Michael McMahon, clerk on 3/26/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/26/2008) |
| 03/27/2008 |  | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the U.S. Agency - Commissioner of Social Security. Sent certified copy of docket entries and remand order. Mailed via Federal Express AIRBILL # 8651 7529 3139 on 3/27/08. (db) (Entered: 03/27/2008) |
| 03/28/2008 |  | Mailed notice of Right to Appeal to Pro Se Litigant(s): Saleh Abdulla Albanaa. (ama) (Entered: 03/28/2008) |
| 04/01/2008 | 7 | NOTICE OF APPEAL from 6 Clerk's Judgment. Document filed by Saleh Abdulla Albanaa. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 04/17/2008) |
| 04/08/2008 |  | Appeal Remark as to 7 Notice of Appeal filed by Saleh Abdulla Albanaa. NO FEE. IFP GRANTED 10/11/07. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |  | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 04/17/2008) |

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08844-RPP
### Internal Use Only

Albanaa v. Commissioner of Social Security  
Assigned to: Judge Robert P. Patterson  
Cause: 42:405 Review of HHS Decision (DIWW)

Date Filed: 10/15/2007  
Date Terminated: 03/27/2008  
Jury Demand: None  
Nature of Suit: 863 Social Security: DIWC/DIWW  
Jurisdiction: U.S. Government Defendant

**Plaintiff**  
Saleh Abdulla Albanaa

represented by **Saleh Abdulla Albanaa**  
1304E Gun Hill Road  
Bronx, NY 10469  
PRO SE

V.

**Defendant**  
**Commissioner of Social Security**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 10/11/07) (dle) (Entered: 10/25/2007) |
| 10/15/2007 | 2 | COMPLAINT against Commissioner of Social Security. Document filed by Saleh Abdulla Albanaa.(dle) (Entered: 10/25/2007) |
| 10/15/2007 |   | Magistrate Judge Douglas F. Eaton is so designated. (dle) (Entered: 10/25/2007) |
| 12/04/2007 | 3 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Commissioner of Social Security served on 11/21/2007, answer due 1/20/2008. Service was accepted by Ms. Charles. Document filed by Saleh Abdulla Albanaa. (tro) (Entered: 12/06/2007) |
| 01/11/2008 | 4 | STIPULATION AND ORDER, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 22, 2008 to and including March 24, 2008. The reason for the request is because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case. Commissioner of Social Security answer due 3/24/2008. (Signed by Judge Robert P. Patterson on 1/10/2008) (jmi) (Entered: 01/14/2008) |
| 03/24/2008 | 5 | STIPULATION AND ORDER OF REMAND: This action is remanded to the Commissioner of Social Security, pursuant to 42 USC 405(g), for further administrative proceedings. The Clerk is directed to enter Judgment. (Signed by Judge Robert P. Patterson on 3/24/08) (db) (Entered: 03/24/2008) |
| 03/24/2008 |   | Transmission to Judgments and Orders Clerk. Transmitted re: 5 Stipulation and Order to the Judgments and Orders Clerk. (db) (Entered: 03/24/2008) |
| 03/26/2008 | 6 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 24, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. (Signed by J. Michael McMahon, clerk on 3/26/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/26/2008) |
| 03/27/2008 |   | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the U.S. Agency - Commissioner of Social Security. Sent certified copy of docket entries and remand order. Mailed via Federal Express AIRBILL # 8651 7529 3139 on 3/27/08. (db) (Entered: 03/27/2008) |
| 03/28/2008 |   | Mailed notice of Right to Appeal to Pro Se Litigant(s): Saleh Abdulla Albanaa. (ama) (Entered: 03/28/2008) |
| 04/01/2008 | 7 | NOTICE OF APPEAL from 6 Clerk's Judgment. Document filed by Saleh Abdulla Albanaa. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 04/17/2008) |
| 04/08/2008 |   | Appeal Remark as to 7 Notice of Appeal filed by Saleh Abdulla Albanaa. NO FEE. IFP GRANTED 10/11/07. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |   | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 04/17/2008) |

J. MICHAEL McMAHON  
CLERK OF COURT

BY _____  
       DEPUTY CLERK